Anis SOENARYO; Asnil Amirudin
Gadang; Akhdan Gadang; Akmal
Gadang, Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

Anis Soenaryo; Asnil Amirudin Ga-
dang; Akhdan Gadang; Akmal
Gadang, Petitioners,

v.

Alberto R. Gonzales, Attorney
General, Respondent.

Nos. 06–1256, 06–1763.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 28, 2007.

Decided: April 19, 2007.

Haitham Edward Ballout, Law Offices of
Haitham Edward Ballout, Burlingame,
California, for Petitioners. Peter D. Keis-
ler, Assistant Attorney General, Barbara
C. Biddle, Sushma Soni, Department of
Justice, Washington, D.C., for Respondent.

Before WILLIAMS, KING, and
DUNCAN, Circuit Judges.

Petitions denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Anis Soenaryo, and dependent petition-
ers Asnil Amirudin Gadang, Akhdan Ga-
dang, and Akmal Gadang, all natives and
citizens of Indonesia, petition for review of
(1) an order of the Board of Immigration
Appeals (Board) adopting and affirming
the Immigration Judge's denial of Soenar-
yo's applications for asylum, withholding of
removal, and protection under the Conven-
tion Against Torture, and (2) the Board's
order denying her subsequent motion to
reopen.

To obtain reversal of a determination
denying eligibility for relief, an alien "must
show that the evidence he presented was
so compelling that no reasonable factfinder
could fail to find the requisite fear of per-
secution." *INS v. Elias–Zacarias,* 502
U.S. 478, 483–84, 112 S.Ct. 812, 117
L.Ed.2d 38 (1992). We have reviewed the
evidence of record and conclude that Soe-
naryo fails to show that the evidence com-
pels a contrary result. Having failed to
qualify for asylum, Soenaryo cannot meet
the higher standard to qualify for with-
holding of removal. *Chen v. INS,* 195 F.3d
198, 205 (4th Cir.1999); *INS v. Cardoza–
Fonseca,* 480 U.S. 421, 430, 107 S.Ct. 1207,
94 L.Ed.2d 434 (1987). Further, she failed
to demonstrate eligibility for protection
under the Convention Against Torture.
*See* 8 C.F.R. § 1208.16(c)(2) (2006).

In addition, our review discloses no
abuse of discretion in the Board's denial of
Soenaryo's motion to reopen. *See INS v.
Doherty,* 502 U.S. 314, 323–24, 112 S.Ct.
719, 116 L.Ed.2d 823 (1992); *Rusu v. INS,*
296 F.3d 316, 324 (4th Cir.2002); *Matter of
Lozada,* 19 I. & N. Dec. 637, 640 (B.I.A.
1988). We grant the Attorney General's
motion to strike the unexhausted argu-
ments and exhibits one through ten of
Soenaryo's supplemental brief. We deny
the petitions for review and dispense with
oral argument because the facts and legal
contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*PETITIONS DENIED.*